[No. 62112-2-I.   Division One.   August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BENNETT BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11519-2, Michael Heavey, J., entered August 6, 2008. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Leach, JJ.

[No. 62172-6-I.   Division One.   August 24, 2009.]

DEBBORAH REDDEN ET AL., *Appellants*, v. SNOHOMISH COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-11191-3, Richard J. Thorpe, J., entered July 18, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Lau, J.

[No. 62212-9-I.   Division One.   August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL LLOYD SOLID, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07140-3, Anthony P. Wartnik, J. Pro Tem., entered August 5, 2008. *Remanded* by unpublished per curiam opinion.